PROB 12C
(6/16)

Report Date: May 16, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 16 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kaleen M. Lions | Case Number: 0980 1:15CR02025-LRS-1 |
| Address of Offender: | Yakima, Washington 98903 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: August 13, 2015

Original Offense:     Theft of Public Money and Property, 18 U.S.C. § 641

| | | | |
|---|---|---|---|
| Original Sentence: | Probation - 36 months | Type of Supervision: Probation | |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: August 13, 2015 | |
| Defense Attorney: | Alison Guernsey | Date Supervision Expires: August 12, 2018 | |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |

**Supporting Evidence**: Ms. Lions was arrested in Kennewick, Washington, for driving under the influence (DUI) on April 30, 2017.

The following information was taken from incident report number 17-14660, written by the Kennewick Police Department (KPD).

On April 30, 2017, KPD was dispatched to a collision on west Clearwater Avenue in Kennewick, Washington. When KPD contacted Ms. Lions, an odor of alcohol was detected coming from her person. Ms. Lions informed KPD she was looking for a business but drove past the entrance; so she backed up on west Clearwater Avenue and was hit from behind by another vehicle.

While Ms. Lions was looking for her current insurance card in her vehicle, KPD observed an open bottle of wine sitting on the floorboard behind the driver seat. KPD then asked Ms. Lions to perform field sobriety tests. She failed all the tests she performed.

Ms. Lions was taken into custody for DUI and transported to the Benton County Jail. Prior to being booked into the Benton County Jail, Ms. Lions provided two breath samples. The first breath sample was .137 and the second sample was .144. Her next court date for the pending DUI charge is scheduled for May 24, 2017, in Benton County District Court.

Ms. Lions reported to this officer on May 1, 2017, after she was released from Benton County Jail. Ms. Lions stated she drank a bottle of wine on April 30, 2017, at her residence and apparently drove to Kennewick, Washington. Ms. Lions has no memory of driving to Kennewick.

Prob12C
Re: Lions, Kaleen M
May 16, 2017
Page 2

2      **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

     **Supporting Evidence**: Ms. Lions consumed alcohol in excess on April 30, 2017. She was arrested in Kennewick, Washington, for DUI. Ms. Lions provided breath samples of .137 and .144.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 16, 2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/16/17
Date

Respectfully submitted,

Matthew L. Thompson
Chief U.S. Probation Officer

By: s/Phil Casey                    05/16/2017

Phil Casey                          Date
U.S. Probation Officer

APPROVED BY:

s/Jose Vargas                       05/16/2017

Jose Vargas                         Date
Supervisory U.S. Probation Officer

PJC:ae

c: Aine Ahmed, AUSA
   Alison Guernsey, Fed. Def